# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1045

_____

| | |
|---|---|
| Diane Vandergriff, | * |
| | * |
| Appellant, | * |
| | * |
| | * Appeal from the United States |
| v. | * District Court for the Eastern |
| | * District of Missouri. |
| Wuestling & James; James Onder; | * |
| Onder, Shelton, Oleary & Peterson; | * [UNPUBLISHED] |
| Bank of America; Magna Group, | * |
| Inc., doing business as Magna Trust | * |
| Company; Settlement Services, Inc,; | * |
| Regions Bank; Allstate, | * |
| | * |
| Appellees. | * |

_____

Submitted: September 16, 2009
Filed: October 9, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Diane Vandergriff appeals the district court's[1] order dismissing her civil action for lack of subject matter jurisdiction, and the court's post-dismissal order denying

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

leave to amend the complaint.  Following de novo review, <u>see</u> <u>Lemay v. U.S. Postal Serv.</u>, 450 F.3d 797, 799 (8th Cir. 2006), we conclude that dismissal was proper for the reasons stated by the district court.  We also conclude the district court did not abuse its discretion in denying leave to amend.  <u>See</u> <u>Marmo v. Tyson Fresh Meats, Inc.</u>, 457 F.3d 748, 755 (8th Cir. 2006).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____